1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WILLIAM ANDERSON, TRUSTEE OF THE LHHMW TRUST, | CASE NO.: 3:23-CV-5129-DWC |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | |
| Defendants. | |

Stipulation for Dismissal

Kantor & Kantor, LLP
9301 Corbin Avenue, #1400
Northridge, CA 91324
Telephone: (818) 886-2525

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff William Anderson, Trustee Of The LHHMW Trust, and Defendant Transamerica Life Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action WITH PREJUDICE, and that each party bears its own costs and attorneys' fees.

Respectfully submitted this 15th day of May, 2024

KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
Glenn R. Kantor, *Pro Hac Vice*
Attorneys for Plaintiff
William Anderson, Trustee of The LHHMW Trust
9301 Corbin Avenue, Suite 1400
Northridge, CA 91324
Phone: (818) 886-2525
Fax:  (818) 350-6272
Email: gkantor@kantorlaw.net

GORDON REES SCULLY MANSUKHANI, LLP

By */s/ Shannon L. Wodnik*
Shannon L. Wodnik, WSBA #44998
Attorneys for Defendant Transamerica Life Insurance Company
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email: swodnik@grsm.com